**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Theron Jermaine THOMPSON, a/k/a Freak, Defendant–Appellant.**

**No. 14–6904.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 23, 2014.

Decided: Oct. 30, 2014.

Theron Jermaine Thompson, Appellant Pro Se. William Ellis Boyle, North Carolina Department of Public Safety, Raleigh, North Carolina; Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theron Jermaine Thompson appeals the district court's order denying relief on his motion seeking a reduction of sentence under 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thompson*, No. 4:08–cr–00004–FL–1 (E.D.N.C. May 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*